IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN R. STEPHENSON, | : | JURY TRIAL DEMANDED |
| Plaintiff, | : | Civil Action No. 04-1436 |
| vs. | : | Hon. Gary L. Lancaster |
| J.S.P. INTERNATIONAL, | : | Electronically Filed |
| Defendant. | : | |

### ORDER

AND NOW, this 11th day of August, 2006, based upon Plaintiff's Motion to Correct Caption, said Motion is granted. The Clerk is directed to correct the caption to read:

John R. Stephenson, Plaintiff, vs. JSP International, LLC, Defendant.

BY THE COURT,

_____, J